IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40302
Conference Calendar

_____


MOHAMMED MAKSUOUR RAHMAN,

Plaintiff-Appellant,

versus

UP HUBBARD, Sergeant, Et Al.

Defendants,

UP HUBBARD, Sergeant;
UP MANN, Lieutenant,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:95-CV-335
- - - - - - - - - -
February 10, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Mohammed Maksuour Rahman, Texas inmate #660008, challenges
the grant of summary judgment for Defendants Hubbard and Mann.
Rahman waived any appellate contention he might have urged
concerning the dismissal of Defendants Browne and King. *See
Evans v. City of Marlin, Tex.*, 986 F.2d 104, 106 n.1 (5th Cir.
1993) (issues not raised or briefed are considered abandoned).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

We have independently reviewed the arguments and the appellate record. For essentially the same reasons stated by the district court, *see Rahman v. Hubbard*, No. 9:95cv335 (E.D. Tex. Feb. 12, 1997), we conclude that the district court did not err in its summary-judgment determination.

AFFIRMED.